UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.

PIERRE E. BEDARD, an individual,

Plaintiff,

vs.

WALMART INC., a Delaware corporation, and WAL-MART.COM USA LLC, a California limited liability company,

Defendants.

---

# COMPLAINT

Plaintiff, PIERRE E. BEDARD ("Bedard"), by and through undersigned counsel, sues Defendants, WALMART INC., a Delaware corporation ("Walmart"), and WAL-MART.COM USA LLC, a California limited liability company ("Wal-Mart.com"), and alleges:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 106 and 501 of the Copyright Act. This action arises out of Walmart's and Wal-Mart.com's unauthorized reproduction and public display of a copyrighted pictorial illustration. The illustration is owned by and registered to Bedard. Accordingly, Bedard seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

2. The allegations stated herein against Walmart should be considered against each



FRANCIS R. GIL, ESQ.
ATTORNEY AND COUNSELOR AT LAW
1031 IVES DAIRY ROAD • SUITE 228 • MIAMI, FLORIDA 33179 • TELEPHONE: (305) 493-2400 • E-MAIL: frglaw@bellsouth.net

of Walmart Inc. and/or Wal-Mart.com USA jointly and severally.

JURISDICTION AND VENUE

3. This claim arises under the Copyright Act, 17 U.S.C. §§ 106 and 501, et seq., and 15 U.S.C. § 1121, et seq.

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Walmart and Wal-Mart.com because they are registered to do business and transacts business in the State of Florida.

6. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1400.

PARTIES

7. Plaintiff is an individual residing in Palm Beach County, Florida.

8. Walmart is a foreign corporation duly organized and existing under the laws of Delaware, with place of business at 1 Customer Dr., Bentonville AR 72716.

9. Wal-Mart.com is foreign corporation duly organized and existing under the laws of California, with place of business at 850 Cherry Avenue, San Bruno CA 94066.

10. Walmart and Wal-Mart.com are registered to do business in the State of Florida.

11. At all times material hereto, Walmart and Wal-Mart.com have purposefully availed themselves of the rights and privileges of this State and this District and/or purposefully directed its activities towards this forum and this District.

STATEMENT OF FACTS

A. <u>Background and Plaintiff's Ownership of the Pictorial Illustration</u>

12. In 1974 Bedard created an original work of authorship consisting of a pictorial



FRANCIS R. GIL, ESQ.
ATTORNEY AND COUNSELOR AT LAW
1031 IVES DAIRY ROAD • SUITE 228 • MIAMI, FLORIDA 33179 • TELEPHONE: (305) 493-2400 • E-MAIL: frglaw@bellsouth.net

illustration titled U.S.A. Flag-Map (the "Flag-Map"). A true and correct copy of the illustration is below:



13. Bedard is the author of the Flag-Map and has at all times been the sole owner of all right, title and interest in and to the Flag-Map, including the copyright thereto.

14. The Flag-Map contains material wholly original with Bedard that is copyrightable subject matter under the laws of the United States.

15. The Flag-Map was registered with the U.S. Copyright Office and was given Copyright Registration Number K 110045. A true and correct copy of the Registration is attached hereto as Exhibit A.

16. Since 1974, Bedard placed his Flag-Map in commerce; through the use of invoices, labels, roofing material, decals, and bumper stickers, all of which were distributed and sold to the general public across the United States.

B. Defendant's Infringing Activities

17. Walmart is a retail business that sells products in retail stores throughout the United States.



FRANCIS R. GIL, ESQ.
ATTORNEY AND COUNSELOR AT LAW
1031 IVES DAIRY ROAD • SUITE 228 • MIAMI, FLORIDA 33179 • TELEPHONE: (305) 493-2400 • E-MAIL: frglaw@bellsouth.net

18. Wal-Mart.com is a retail business that sells products, *inter alia*, online at www.walmart.com.

19. On or about 2026, Walmart and Wal-Mart.com placed the flag-map illustration on their products sold at their retail stores and online. A true and correct copy of the infringing articles displaying the Flag-Map are below.






FRANCIS R. GIL, ESQ.
ATTORNEY AND COUNSELOR AT LAW
1031 IVES DAIRY ROAD • SUITE 228 • MIAMI, FLORIDA 33179 • TELEPHONE: (305) 493-2400 • E-MAIL: frglaw@bellsouth.net

Pickup or delivery?






J6&H6

**USA 250th Anniversary Flag Double-sided printing with unique pattern design 3 x 5 ft United States Semiquincentennial Independence Day for Indoor Outdoor Decoration**

(1.0) | 1 rating

**Key item features**

- Unique Design:This 250th anniversary USA flag uses double-sided high-definition printing technology, with clear and vivid designs on both sides. The design features the classic bald eagle as the background, ingeniously incorporating elements of the Stars and Stripes and the map shape. It commemorates 250 years of freedom from 1776 to 2026
- Commemorative significance: This 250th anniversary USA garden flag features iconic patriotic elements in its design. It carries a rich historical significance, honoring the innovative spirit of the soldiers who fought in the War of Independence, while also reminding people of the remarkable journey of the United States from 1776 to 202
- Suitable Size: The dimensions of this flag are 3x5 feet, and it can be securely mounted on a standard flagpole. This size is optimized for outdoor settings, making it eye-catching without taking up too much space, perfect for various environments such as yards, gardens, patios, and porches
- High Quality:This flag is made of high-density polyester fabric, which is thick, durable, and tear-resistant, making it not easy to damage even with prolonged outdoor use. It is printed with eco-friendly ink, featuring bright and vivid colors, clear pattern edges, and is resistant to sun and rain, maintaining its vibrant appearance for a long time
- Wide Range of Uses: This 250th anniversary USA flag is not only suitable for patriotic-themed decorations throughout the year, but also an essential decoration for Independence Day, Memorial Day, Veterans Day, and the 250th anniversary celebrations of the founding of the United States. Due to its deep commemorative significance and exquisite craftsmanship, it also makes a collectible gift for veterans, history enthusiasts, family, and friends

View all item details

**Specs**

**About this item**

Product details

Specifications



FRANCIS R. GIL, ESQ.
ATTORNEY AND COUNSELOR AT LAW
1031 IVES DAIRY ROAD • SUITE 228 • MIAMI, FLORIDA 33179 • TELEPHONE: (305) 493-2400 • E-MAIL: frglaw@bellsouth.net

Warranty

**Ratings and reviews summary**

**1 out of 5**
1 rating | 1 review

How item rating is calculated

View all reviews

| | |
|---|---|
| 5 stars | 0% (0) |
| 4 stars | 0% (0) |
| 3 stars | 0% (0) |
| 2 stars | 0% (0) |
| 1 star | 100% (1) |

All filters   Star rating   Verified purchases only   **Sort by** | Most relevant

**Most relevant reviews**

1 month ago

Ordered double sided got one sided flag

**David**

View all reviews (1)

**$9.99**

Price when purchased online

Free 90-day returns

Add to cart

Ships to **Canada**

Arrives by **Sep 1**

Shipping & Import fees **from $7.99**

Sold by J6&H6

Fulfilled by Walmart

Report an issue with seller or item

**Free 90-day returns** Details

Add to list

Patio & Garden / Patio & Outdoor Decor / Flags / Shop All Flags



FRANCIS R. GIL, ESQ.
ATTORNEY AND COUNSELOR AT LAW
1031 IVES DAIRY ROAD • SUITE 228 • MIAMI, FLORIDA 33179 • TELEPHONE: (305) 493-2400 • E-MAIL: frglaw@bellsouth.net

20. Walmart and Wal-Mart.com had access to Bedard's copyrighted work because of over 50 years of prior use in commerce, and Walmart's and Wal-Mart.com's use of this illustration on their products and website is substantially similar to Bedard's copyrighted work.

21. Walmart and Wal-Mart.com have also copied, reproduced, publicly displayed, distributed, and/or otherwise used identical and/or nearly identical versions of Bedard's copyrighted work, giving rise to a presumption of access.

22. Walmart's and Wal-Mart.com's illustration is, in large part, identical to the protectable elements of Bedard's works. See below:



*Bedard's Illustration*




*Walmart's Illustration*

23. Walmart and Wal-Mart.com did not license the Flag-Map from Bedard for their use articles, nor did Walmart and Wal-Mart.com have Bedard's permission or consent to use or reproduce the Flag-Map on its products for sale to the general public.

24. Bedard discovered the Walmart's and Wal-Mart.com's infringing activities in January 2026.

25. Bedard has demanded that Walmart and Wal-Mart.com stop using Bedard's



FRANCIS R. GIL, ESQ.
ATTORNEY AND COUNSELOR AT LAW
1031 IVES DAIRY ROAD • SUITE 228 • MIAMI, FLORIDA 33179 • TELEPHONE: (305) 493-2400 • E-MAIL: frglaw@bellsouth.net

copyrighted works without his consent. Walmart and Wal-Mart.com have refused to cease their infringing activities.

26. Before bringing suit, Bedard provided notice to Walmart and Wal-Mart.com of their wrongful conduct.

27. Bedard (through counsel) also invited Walmart and Wal-Mart.com to discuss the allegations telephonically.

28. Walmart and Wal-Mart.com provided a preliminary response, but largely refused to engage or address Bedard's allegations.

CLAIM FOR RELIEF
(COPYRIGHT INFRINGEMENT)
(17 U.S.C. §§ 106, 501)

29. Bedard incorporates by reference each and every allegation contained in Paragraphs 1-28 above.

30. Walmart and Wal-Mart.com infringed Bedard's copyright in the Flag-Map by reproducing and publicly displaying the illustration on its products for sale to the general public in interstate commerce.

31. Walmart and Wal-Mart.com are not, and have never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Flag-Map.

32. Walmart and Wal-Mart.com caused the images on the webpage appearing above in paragraphs 19 and 22 to be reproduced, copied, and/or publicly displayed.

33. Walmart has not sought authorization from Bedard to reproduce, publicly display, distribute, prepare derivative works, or in any way use any of Bedard's copyrighted works in any of their retail stores.



FRANCIS R. GIL, ESQ.
ATTORNEY AND COUNSELOR AT LAW
1031 IVES DAIRY ROAD • SUITE 228 • MIAMI, FLORIDA 33179 • TELEPHONE: (305) 493-2400 • E-MAIL: frglaw@bellsouth.net

34. Wal-Mart.com has also reproduced, publicly displayed, distributed, prepared derivative works, used, and continues to reproduce, publicly display, distribute, prepare derivative works, and use Bedard's copyrighted photographs in connection with the sale of products on other www.walmart.com webpages and other locations.

35. Wal-Mart.com's webpages depicting Bedard's copyrighted image have been loaded and viewed by thousands of users in the United States.

36. The acts of Walmart and Wal-Mart.com complained of herein constitute infringement of Bedard's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

37. Upon information and belief, the foregoing acts of infringement by Walmart and Wal-Mart.com have been willful or in reckless disregard of Bedard's rights and are ongoing and continuing.

38. Walmart and Wal-Mart.com know or should know that the Flag-Map work depicted on their products does not depict Walmart's and Wal-Mart.com's own work, but rather the work of a competitor.

39. As a direct and proximate cause of the infringement by the Walmart and Wal-Mart.com of Bedard's copyright and exclusive rights under copyright, Bedard is entitled to damages and Walmart's and Wal-Mart.com's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

40. Alternatively, Bedard is entitled to statutory damages for Walmart's and Wal-Mart.com's willful infringement of the Flag-Map pursuant to 17 U.S.C. § 504(c).

41. Bedard is further entitled to his attorney's fees and full costs pursuant to 17 U.S.C.



FRANCIS R. GIL, ESQ.
ATTORNEY AND COUNSELOR AT LAW
1031 IVES DAIRY ROAD • SUITE 228 • MIAMI, FLORIDA 33179 • TELEPHONE: (305) 493-2400 • E-MAIL: frglaw@bellsouth.net

§ 505.

42. Walmart's and Wal-Mart.com's conduct, described above, is causing, and unless enjoined and restrained by this Court, will continue to cause Bedard irreparable injury that cannot be fully compensated for or measured in money damages. Bedard has no adequate remedy at law.

PRAYER FOR RELIEF

WHEREFORE, Bedard respectfully requests judgment as follows:

A. Walmart and Wal-Mart.com be adjudged to have infringed upon Bedard's copyrights in the illustration in violation of 17 U.S.C. §§ 106 and 501;

B. Bedard be awarded either: (a) Bedard's actual damages and Walmart's and Wal-Mart.com's profits, gains or advantages of any kind attributable to Walmart's and Wal-Mart.com's infringement of Bedard's illustration; or (b) alternatively, statutory damages per copyrighted work infringed pursuant to 17 U.S.C. § 504(c), including enhanced statutory damages for willful infringement as proven;

C. Walmart and Wal-Mart.com, and all persons acting in concert or participation with them who receive actual notice of the injunction, be permanently enjoined pursuant to 17 U.S.C. § 502 from infringing Bedard's copyright in the Flag-Map;

D. The Court order appropriate impoundment, disposition, and/or destruction of infringing articles and material pursuant to 17 U.S.C. § 503;

E. Walmart and Wal-Mart.com be required to account for all profits, income, receipts, or other benefits derived by Walmart and Wal-Mart.com as a result of its unlawful conduct;



FRANCIS R. GIL, ESQ.
ATTORNEY AND COUNSELOR AT LAW
1031 IVES DAIRY ROAD • SUITE 228 • MIAMI, FLORIDA 33179 • TELEPHONE: (305) 493-2400 • E-MAIL: frglaw@bellsouth.net

F. Bedard be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

G. Bedard be awarded pre-judgment interest; and

H. Such other and further relief as the Court may deem just and proper.

DEMAND FOR A JURY TRIAL

Bedard hereby demands a trial by jury on all issues so triable in accordance with Federal Rules of Civil Procedure, Rule 38(b).

Dated: September 22, 2026

Respectfully submitted,

/s/Francis R. Gil
Francis R. Gil, Esq.
Fla. Bar No. 622079
E-Mail: frglaw@bellsouth.net
1031 Ives Dairy Road
Suite 228
Miami FL 33179
Tel.: (305) 493-2400
Attorney for Plaintiff